MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4-12-MJ-70417 |
| ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| LAROND WENDELL HARRIS, ) | ORDER REQUESTING ONE-DAY |
| ) | CONTINUANCE |
| Defendant. ) | |
| ) | |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the preliminary hearing/arraignment scheduled for August 28, 2012, and setting a new preliminary hearing/arraignment date for August 31, 2012, at 9:30 a.m., before the duty magistrate judge. The parties agree and stipulate, and the Court finds and holds, as follows:

      1.    The defendant, Larond Wendell Harris, was charged in a complaint dated April 13, 2012, with one count of conspiring to distribute cocaine base, in violation of 21 U.S.C. § 846, one count of distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and one count of using a communication facility to facilitate narcotics trafficking, in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2. Harris was arrested and subsequently presented to the Court on or about April 19, 2012. Ellen V. Leonida, Esq., was appointed to

represent Harris.  On April 24, 2012, Harris was ordered released on a $75,000 personal recognizance bond.

2. On or about July 27, 2012, in response to the parties' joint request, the preliminary hearing/arraignment in this matter was set for August 28, 2012.  Since the setting of the August 28, 2012 date, however, counsel for the Government has developed a scheduling conflict.  Accordingly, the Government respectfully requests a three-day continuance of the August 28, 2012 date, until August 31, 2012.  Counsel for the defendant has consented to this request.

3. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the August 28, 2012 preliminary hearing/arraignment date; and (b) orders that a new preliminary hearing/arraignment be scheduled for August 31, 2012.

SO STIPULATED:

DATED: August 23, 2012         /s/
                               ELLEN V. LEONIDA, ESQ.
                               Attorney for LAROND WENDELL HARRIS

DATED: August 23, 2012         /s/
                               W.S. WILSON LEUNG
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: August _24_, 2012       _____
                               HON. KANDIS A. WESTMORE
                               United States Magistrate Judge